UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY SHIELDS,

    Plaintiff,

-vs-                                          Case No. 6:08-cv-239-Orl-18KRS

CITY OF LAKE MARY, FLORIDA,
DONALD ESLINGER,

    Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Defendant Sheriff's Motion to Amend Answer and Affirmative Defenses (Doc. No. 27). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court GRANTS Defendant Sheriff's Motion to Amend Answer and Affirmative Defenses and **ORDERS** Eslinger to file separately his amended answer within five (5) days from the date of this order.

It is **SO ORDERED** in Orlando, Florida, this ___6___ day of August, 2008.

                                            G. KENDALL SHARP
                                            Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge