UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY SHIELDS,
        Plaintiff,

-vs-                                               Case No. 6:08-cv-239-Orl-18KRS

CITY OF LAKE MARY, FLORIDA,
DONALD ESLINGER,
        Defendants.

---

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | PLAINTIFF'S OBJECTION TO AND MOTION IN OPPOSITION TO DEFENDANT'S PROPOSED BILL OF COSTS (Doc. No. 80) |
| FILED: | March 16, 2009 |

I. BACKGROUND.

On February 6, 2008, Plaintiff Kimberly Shields filed an amended complaint in state court alleging false imprisonment, unlawful strip search in violation of a Florida statute, negligence, and violation of the Fourth Amendment to the United States Constitution. Doc. No. 2. Defendant Donald Eslinger, in his official capacity as Sheriff of Seminole County, Florida, removed the case to this court on February 14, 2008. Doc. No. 1. The Court granted Eslinger summary judgment on the sole federal count in Shields's complaint and remanded the remaining state law claims. Doc. Nos. 76, 83.

Eslinger filed his proposed bill of costs on March 10, 2009, and the Clerk taxed costs in the amount of $6,385.42 on March 11, 2009. Doc. Nos. 77-78. Shields timely filed her Objection to and